This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                           **NO. 35,936**

**CHRISTOPHER SCHMITT,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Fernando R. Macias, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Jane A. Bernstein, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}     Defendant appeals from the district court's judgment and sentence, convicting him for resisting, evading or obstructing an officer and sentencing him to probation,

following a jury trial. We originally issued a notice of proposed summary affirmance, proposing to affirm Defendant's conviction. Defendant filed a memorandum in opposition to our notice, by which we were not persuaded. We filed a memorandum opinion affirming the district court's judgment and sentence. Defendant filed a motion for rehearing, arguing that this Court's opinion in *State v. Jimenez*, 2017-NMCA-__, ¶¶ 24-41, __ P.3d __ (No. 34,375, Feb. 14, 2017), filed on the same day as the memorandum opinion in the current case, came to the opposite conclusion regarding the same statutory language in NMSA 1978, Section 30-22-1(B) (1981), and required reversal. We granted Defendant's motion for rehearing and withdrew our memorandum opinion. We agreed with Defendant and issued a second calendar notice proposing to reverse Defendant's conviction in light of *Jiminez*. The State has filed a notice indicating that it will not be filing a memorandum in opposition to our proposed summary reversal.

{2}    For the reasons stated in our second notice of proposed summary disposition, we reverse Defendant's conviction for resisting, evading or obstructing an officer.

{3}    **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____

2

**JAMES J. WECHSLER, Judge**

_____

**JONATHAN B. SUTIN, Judge**